UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PARSONS BRINCKERHOFF,

Plaintiff,

v.

FEDERAL TRANSIT ADMINISTRATION,

Defendant.

Civil 00-1653 (JRT/FLN)

**ORDER OF RECUSAL**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the patent list of the automated case assignment system.

DATED: July 26, 2000
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED JUL 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

F I L E   C O P Y

Date: July 27, 2000 dl

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-01653 Parsons Brinckerhoff v. Federal Transit Ad

DOCKET ENTRY

ORDER OF RECUSAL ( Judge John R. Tunheim / 7/26/00) Case reassigned to Judge Michael J. Davis per Master list, Case referred to Magistrate Judge Jonathan G. Lebedoff (CASE NO. REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-1635MJD/JGL) 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL