UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Parsons Brinckerhoff Quade
& Douglas, Inc.,

Plaintiff,

v.

ORDER
Civil No. 00-1653 MJD/JGL

Federal Transit Administration,

Defendant.

---

This matter is before the Court upon the request of the Metropolitan Council to serve and file papers concerning Plaintiff's motion for a preliminary injunction as amicus curiae. The hearing on this motion is set for August 15, 2000, at 9:00 a.m. The Court will grant this request.

It is hereby ordered that the Metropolitan Council serve and file its papers with regard to this matter on or before August 7, 2000.

Date: 7-31-00

Michael J. Davis
Michael J. Davis
United States District Court

JUL 31 2000

FILED ________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________