UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Parsons, Brinckerhoff, Quade
& Douglas, Inc.,

Plaintiff,

Civil File No. 00-1653 (MJD/JGL)

v.

Order

Federal Transit Administration,

Defendant.

---

On July 21, 2000 Judge John R. Tunheim granted Plaintiff's Motion for a Temporary Restraining Order. Under the Federal Rules of Civil Procedure the Temporary Restraining Order expires today without express order of the court.

IT IS HEREBY ORDERED the Temporary Restraining Order will remain in effect until the after the hearing for Plaintiff's Motion for a Preliminary Injunction.

Dated: July 31, 2000

Michael J. Davis
United States District Court Judge

AUG 01 2000

FILED______________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________