# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Parsons Brinckerhoff Quade
& Douglas, Inc.

Case No. Civil 00-1653 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Federal Transit Administration

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Plaintiff's motion for a preliminary injunction is denied. As this Court does not have subject matter jurisdiction over plaintiff's claims, plaintiff's complaint is hereby dismissed with prejudice.

DATE: August 18, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

28