IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

PARSONS BRINCKERHOFF QUADE & DOUGLAS, INC.,

Plaintiff,

vs.

FEDERAL TRANSIT ADMINISTRATION,

Defendant.

Case No 00-1653 J~~T/FLN~~ MJD/JGL

**ORDER**

This matter came before the Court on the motion of plaintiff Parsons Brinckerhoff Quade & Douglas, Inc. ("Parsons Brinckerhoff") for the release of a $5,000.00 check, filed with the Court, in lieu of a bond, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

The Court, having determined that the above matter has been resolved and the Temporary Restraining Order dissolved, finds no further necessity for the bond and accordingly hereby

**ORDERS:**

The $5,000, filed with the Court by Parsons Brinckerhoff, shall be returned to Parsons Brinckerhoff by mailing a check in said amount to counsel of record for Parsons Brinckerhoff.

Dated: September 14, 2000

Michael J. Davis
U.S. District Judge

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

TC2: 480420 v01 08/31/2000